1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for:
   The United States of America
7

**FILED**

JUL 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8
                 UNITED STATES DISTRICT COURT
9
                 EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,     )   CR. NO.   1:11 CR 00236 OWW
                                  )
12              Plaintiff,        )   VIOLATIONS: 18 U.S.C.
                                  )   § 2252(a)(2) - Receipt or
13                                )   Distribution of Material
        v.                        )   Involving the Sexual
14                                )   Exploitation of Minors (Two
                                  )   Counts) and 18 U.S.C. § 2253 -
15  JOHN W. RICHARDS,             )   Forfeiture
                                  )
16              Defendant.        )
                                  )
17  _____)

18                  I N D I C T M E N T

19  COUNT ONE:  [18 U.S.C. § 2252(a)(2) - Receipt or Distribution of
                 Material Involving the Sexual Exploitation of
20          Minors]

21      The Grand Jury charges T H A T:

22                        JOHN W. RICHARDS,

23  defendant herein, beginning on an unknown date no later than

24  approximately August 2008 and continuing through approximately

25  January 2009, in Fresno County, within the State and Eastern

26  District of California, and elsewhere did knowingly receive and

27  distribute any visual depiction that had been mailed, shipped, or

28  transported in interstate or foreign commerce, or which contained

                              1

1  ·materials that had been so mailed, shipped, or transported, and
2  the producing of the depiction involved a minor engaging in
3  sexually explicit conduct and was of such conduct, specifically:
4  the defendant, using a desktop computer and modem, received or
5  distributed via the internet and interstate commerce, at least
6  one visual depiction, which the defendant then knew was a visual
7  depiction, the producing of which involved the use of a minor
8  engaged in sexually explicit conduct and was of such conduct as
9  defined in Title 18, United States Code, Section 2256, all in
10  violation of Title 18, United States Code, Section 2252(a)(2).
11

12  COUNT TWO:  [18 U.S.C. § 2252(a)(2) - Receipt or Distribution of
              Material Involving the Sexual Exploitation of
13            Minors]

14      The Grand Jury further charges T H A T:

15                      JOHN W. RICHARDS, ·

16  defendant herein, beginning on an unknown date no later than
17  approximately April 20, 2011 and continuing through approximately
18  June 27, 2011, in Fresno County, within the State and Eastern
19  District of California, and elsewhere did knowingly receive and
20  distribute any visual depiction that had been mailed, shipped, or
21  transported in interstate or foreign commerce, or which contained
22  materials that had been so mailed, shipped, or transported, and
23  the producing of the depiction involved a minor engaging in
24  sexually explicit conduct and was of such conduct, specifically:
25  the defendant, using a laptop computer and modem, received or
26  distributed via the internet and interstate commerce, at least
27  one visual depiction, which the defendant then knew was a visual
28  depiction, the producing of which involved the use of a minor

                                2

1  engaged in sexually explicit conduct and was of such conduct as
2  defined in Title 18, United States Code, Section 2256, all in
3  violation of Title 18, United States Code, Section 2252(a)(2).
4
5  FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a)- Criminal Forfeiture]
6      The allegations contained above in this Indictment are re-
7  alleged and incorporated herein for the purpose of alleging
8  forfeiture pursuant to 18 U.S.C. § 2253.
9      Upon conviction for violating 18 U.S.C. § 2252(a)(2), as
10  alleged in Count One through Two, JOHN W. RICHARDS shall forfeit
11  to the United States, under 18 United States Code, Section 2253,
12  his interest in any and all matters which contain any visual
13  depiction possessed, transported, shipped or received in
14  violation thereof; any property constituting or traceable to
15  gross profits or other proceeds the defendant obtained directly
16  or indirectly as a result of the these violations; and any and
17  all property used or intended to be used in any manner or part to
18  commit and to promote the commission of the these violations,
19  including but not limited to the following:
20      (a)  Dell Inspiron laptop computer, seized from
21           defendant by law enforcement on or about June 29,
             2011;
22      (b)  Compaq Presario desktop computer, seized from
23           defendant by law enforcement on or about June 29,
             2011; and
24      (c)  Compact discs, hard drives, or other storage devices
25           containing visual depictions of minors engaged in
             sexually explicit conduct and seized from defendant by
26           law enforcement on or about June 29, 1011.
27      If any property subject to forfeiture, as a result of the
28  offenses alleged in Counts One and Two of this Indictment cannot

3

1   be located upon the exercise of due diligence; has been

2   transferred or sold to, or deposited with, a third person; has

3   been placed beyond the jurisdiction of the Court; has been

4   substantially diminished in value; or has been commingled with

5   other property which cannot be subdivided without difficulty, it

6   is the intent of the United States, under 18 U.S.C. § 2253(b)

7   (incorporating therein 21 U.S.C. § 853(p)), to seek forfeiture of

8   any other property of the defendant up to the value of the

9   property subject to forfeiture.

10                          A TRUE BILL.

11

12                           /s/ Signature on file w/AUSA

                                FOREPERSON

13

    BENJAMIN B. WAGNER

14   United States Attorney

15             Mark E. Cullers

    By

16     MARK E. CULLERS,

    Assistant U.S. Attorney

17   Chief, Fresno Office

18

19

20

21

22

23

24

25

26

27

28

                         4