DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN W. RICHARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN W. RICHARDS , ) <br> ) <br> Defendant. ) <br> ) | No. 1:11-cr-0236 AWI <br><br> STIPULATION TO CONTINUE CHANGE OF PLEA HEARING;  ORDER <br><br> Date:  July 9, 2012 <br> Time:  10:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing in the above-captioned matter now set for May 7, 2012, **may be continued to July 9, 2012 at 10:00 a.m.**

This continuance is at the request of counsel for defendant to permit investigation and negotiations between the parties. This continuance will conserve time and resources for both parties and the court

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: May 2, 2012          By:   /s/ Brian Enos
                                  BRIAN ENOS
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender


DATED: May 2, 2012          By:   /s/ Ann H. Voris
                                  ANN H. VORIS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  John W. Richards


**O R D E R**

**Based on the Parties' stipualtion,** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   May 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE